```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11268
    GERALDINE B MEYERS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
       SSN XXX-XX-5713


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/24/07 and confirmed on 09/13/07.

     2.  The case was dismissed after confirmation, 01/18/2008.

     3.  The Debtor paid a total of $  10882.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 7023.30 | .00 | 7023.30 |
| IRWIN HOME EQUITY | SECURED | 3369.01 | .00 | 3369.01 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEDCO FINANCIAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 28234.21 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 15162.23 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53788.75 | .00 | .00 | .00 | 53788.75 |
| PRINCIPAL PAID | 10392.31 | .00 | .00 | .00 | 10392.31 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10392.31 | .00 | .00 | .00 | 10392.31 |

```
The Debtor's attorney, GARY L SHILTS              , was allowed $  3200.00
and was paid $    226.00  direct and $      .00  through the plan.

The Trustee received $     489.69 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 04/11/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE  2
       CASE NO. 07 B 11268 GERALDINE B MEYERS
```